UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NC-DSH, INC., *doing business as* DESERT SPRINGS HOSPITAL MEDICAL CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107, et al.,<br><br>Defendants. | Case No.: 2:10-cv-00124-GMN-PAL<br><br>**ORDER** |

Pursuant to the decision of the Ninth Circuit Court of Appeals reversing this Court's prior Order and instructing this Court to affirm both arbitration awards, the prior Order of this Court [44] is hereby VACATED and both arbitration awards are hereby AFFIRMED. The Clerk of the Court is directed to VACATE the Clerk's Judgment [45] entered in favor of NC-DSH, Inc. on August 8, 2010, and enter judgment in favor of Service Employees International Union Local 1107.

DATED this 27th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge